

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00066-CR

VERBA FELICIA PETERSON                                          APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

## FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1452670R

----------

## MEMORANDUM OPINION[1]

----------

On February 17, 2017, appellant Verba Felicia Peterson filed a notice of appeal from her conviction for falsely holding herself out as a lawyer in case number 1452670R, which had been entered that same day. *See* Tex. Penal Code Ann. § 38.122 (West 2016). On March 3, 2017, the State moved to dismiss case number 1452670R because "[t]he case has been re-filed or re-

---

[1]*See* Tex. R. App. P. 47.4.

indicted as Cause No. 1460794."[2]  *See* Tex. Code Crim. Proc. Ann. art. 32.02 (West 2006).  That same day, the trial court vacated its February 17, 2017 judgment.  We notified the parties that we questioned our jurisdiction over this appeal because there was no final judgment of conviction or other order subject to appeal and gave the parties an opportunity to show grounds for continuing the appeal.  *See* Tex. R. App. P. 44.3.  No party responded to our notice.  Because there is no final judgment of conviction or other order subject to appeal regarding case number 1452670R, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *Sontiago Morales v. State*, No. 2-04-550-CR, 2005 WL 375495, at *1 (Tex. App.—Fort Worth Feb. 17, 2004, no pet.) (mem. op., not designated for publication); *Hilburn v. State*, 946 S.W.2d 885, 886 (Tex. App.—Fort Worth 1997, no pet.).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL:  GABRIEL, SUDDERTH, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 20, 2017

---

[2]This case number resulted in a conviction for the same offense, which is the subject of a separate appeal.  *Peterson v. State*, No. 02-17-00065-CR.